1  Vaughn A. Crawford
   Nevada Bar No. 7665
2  Jay J. Schuttert
   Nevada Bar No. 8656
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway
4  Suite 1100
   Las Vegas, NV 89169
5  Telephone: (702) 784-5200

6  Attorneys for Defendant
   FORD MOTOR COMPANY

7
                    UNITED STATES DISTRICT COURT
8
                         DISTRICT OF NEVADA
9

10 JO ANN LICKLY, individually and as          Case No. 3:07-CV-00465-BES-RAM
   Special Administrator of the Estate of
   ANDREW J. LICKLY, deceased; and
11 PATRICK A. LICKLY, individually,

12              Plaintiffs,                    NOTICE OF SETTLEMENT

13 v.

14 FORD MOTOR COMPANY, a Delaware
   corporation; and DOES 1-10, inclusive,
15
                Defendants.
16

17

18      PLEASE TAKE NOTICE that Plaintiffs and Defendant Ford Motor Company, have

19 settled this matter in its entirety. A stipulation for dismissal with prejudice will be filed as soon

20 as the parties execute a settlement agreement and release.

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

9003744.1

Request is hereby made that the court vacate all future hearing dates and deadlines.

DATED this \_\_8\_\_ day of August, 2008.

                                           SNELL & WILMER L.L.P.

By: _____
Vaughn A. Crawford
Nevada Bar No. 7665
Jay J. Schuttert
Nevada Bar No. 8656
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendant
FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** by electronic service (via Case Management/Electronic Case Filing) and by depositing a true copy of the same for mailing in Las Vegas, Nevada, addressed to the following:

Peter D. Durney, Esq.
Thomas R. Brennan, Esq.
Durney & Brennan, Ltd.
150 W. Huffaker Lane, Suite 101
Reno, NV 89511

C. Tab Turner, Esq.
Turner & Associates, P.A.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116

DATED this 8th day of August, 2008.

*/s/ Maria O. Ximenis*
An Employee of Snell & Wilmer L.L.P.

9003744.1

- 3 -